IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

Fely Leon Rivera
Full name of plaintiff
*Nombre completo del demandante*

R-cv-2125 (PAD)

v.

Sr Almodovar

Sr Padilla

Mis Marrero

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the
        same facts involved in this action or otherwise relating to your
        imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que
        tengan que ver con los mismos hechos de la presente acción o que se
        relacionen con su reclusión?*

        ( )  Yes *(Sí)*                    (✓) No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en
        el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-



*utilizando el mismo modelo.*

1.    Parties to the previous lawsuit.
      *Partes en el pleito anterior.*

      Plaintiff(s)
      *Demandante(s)*    _____

                         _____

      Defendant(s)
      *Demandado(s)*     _____

                         _____

2.    Court.  If federal court, name the district, if state court, name the
      county or part.

      *Tribunal.  Si es un tribunal federal, indique el distrito, si es un tribunal
      estatal, indique el condado o sala.*

      _____

3.    Docket number.
      *Número asignado.*    _____

4.    Name of judge to whom the case is assigned.
      *Nombre del juez a quien se le asignó el caso.*

      _____

5.    Disposition.  For example: Was the case dismissed?  Was it
      appealed?  Is it still pending?

      *Disposición.  Por ejemplo: ¿Se desestimó el caso?  ¿Se apeló?  ¿Se
      encuentra aún pendiente?*

      _____

6.    Approximate date of filing lawsuit.
      *Fecha aproximada en que radicó el pleito.*

      _____

42:1983                                -2-

7.    Approximate date of disposition.
*Fecha aproximada en que se resolvió el pleito.*

_____

II.    Place of confinement.
*Lugar actual de reclusión.*

A.    Is there a prisoner's grievance procedure in the institution?
*¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

(✓)  Yes *(Sí)*                    ( )  No

B.    Did you present the facts related to your complaint in the state prisoner's grievance procedure?
*¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

( )  Yes *(Sí)*                    (✓)  No

C.    If your answer is yes,
*Si su contestación es afirmativa,*

1.    What steps did you take?
*¿Qué medidas tomó usted?*

_____

_____

2.    What was the result?
*¿Cuál fue el resultado?*

_____

_____

D.    If your answer is No, explain why not.
*Si su contestación es No, explique porqué.*

*El Alcarde de la Prision tiene por Politica que deben hacerse en Ingles para ser contestados.*

42:1983                    -3-

E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(✓)  Yes *(Sí)*                    (  )  No

F.    If your answer is Yes,
*Si su contestación es en la afirmativa,*

1.    What steps did you take?
*¿Qué medidas tomó usted?*

*les escribi mediante el Sistema de Solicitar al Personal*

2.    What was the result?
*¿Cuál fue el resultado?*

*No tomaron las quejas ni los asuntos en Serio, No contestaban*

III.   Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank.  Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea.  Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.    Name of plaintiff
      *Nombre del demandante*  *Felix León Rivera*
                               *Alexis Negron Cruz*

      Address
      *Dirección*  *MDC Guaynabo, P.O Box 2005 Cataño, P.R. 00963*

42:1983                           -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.    Defendant
       *Demandado*

       is employed as
       *está empleado como*

       at
       *en*

Sr Almodovar (Director Medico),
Sr Padilla (Administrador de cocina)

Mrs Marcro ( Jefe de Facilitie)

MDC Guaynabo, P.O. Box 2005
Cataño P.R 00 963

IV.    Statement of Claim.
       *Relación de Hechos.*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

Los Asuntos y hechos estan redactados
en la Siguiente Pagina.

42:1983                                    -5-

Case 3:19-cv-12123-PAD   Document 3   Filed 12/12/19   Page 6 of 11

1

1- Negligencias Medicas:

Desde el 14 de abril de 2019 le escribí a Mis colon (asitente dental) para que me hiciera una reconstruccion de los dientes, ella contesto que no se podia debido a que no habia dentista en la institucion le referi el asunto a Sr almodovar

El 24 de abril de 2019 le explique que se me estaba haciendo dificil masticar la comida porque me faltaban 6 dientes, me sangraban las encias, y se me estaban deterio rando, él Sr Almodovar nunca contesto ni resoluro el asunto para ayudarne en mi situacion, tuve que escribirle al tribunal en dos ocaciones referente a este problema de indiferencia por parte del Sr Almodovar para que pudiera atender mi caso.

A finales de octubre de 2019, más de 6 meses para poder recibir los servicios de un dentistas sufrindo de las encias. Sin poder masticar bien, Mis colon me conento que llevaba al rededor de 4 años pidiendo un dentista.

To davia faltan otras parte del trabajo dental el cual estoy en espera.

2

Case 3:19-cv-02125-PAD    Document 31    Filed 12/12/19    Page 7 of 11

2- Comida Expirada:

Para el mes de junio de 2019 nos estaban dando unos Sanwiches que se notaban raro, el Sr Negrón se dio cuenta que en los empaques tenian Fechas expiradas de más de tres meses, ya para cuando nos dimos Cuenta muchos al igual que yo los habiamos Consumido.

Yo padesco de gastritis y llevo años bebiendo pastillas. Ya hacia un tiempo que me Sentia que las cosas que comia en la linea me Caian mal.

Yo trabajo en la unidad repartiendo la comida y en muchas ocasiones los panes en sus empaques venian con la Fecha expirada, en una ocasión en uno de los empaques me di cuenta que habia unos pequeño incectos se lo di ver a la oficial Muñoz, eran panes de Hamburguesa.

El 13 de noviembre de 2019 nuevamente me percato de que dentro de las bandeja en el pan habia unos pequeños incectos, se lo mostre a la oficial de turno en esta ocacion Mis. Rebollo ella notifico al personal de la Cocina.

Nos reunimos con el Sr Padilla para explicarle este y otros asuntos.

El 21 de noviembre de 2019 la comida de por la tarde se regreso en su totalidad, Salia un olor desagradable de la carne y Sabia mal, le escribi de este asunto al Sr Padilla y su contestacion Fue que su personal acargo no habia notado ningun problema en la comida

El 25 de noviembre de 2019 la doctora Mrs. Cordero me notiFica que tengo una bacteria en el estomago y me comienda que deje de comer la carne molida.

El 28 de noviembre de 2019 (el dia del pavo) en la tarde nos dan unos Sanwiches y en la caja tenia una numeracion de 7,26,19 que entendemos que es su Fecha de expiracion.

Ya ellos los encargados de la cocina y el Sr Padilla tenian conocimiento de las quejas de los Sanwiches expirado y aún asi enviar cajas expiradas.

Case 3:19-cv-02125-RAD    Document 3    Filed 12/12/19    Page 8 of 11

4

# 3 Humo Toxico:

Llevamos desde abril de 2019 con un problema en los arres acondicionado de las Celdas en la Cual Sale una peste que meda dolor de Cabeza y me irita la garganta.

Siempre notaba que el Sr Negron se quejaba de este asunto, ya no le prestaba mucha atención hasta que en una ocación Fue tan Fuerte la peste que Sali enfermo de la Celda, Casi sin voz.

Entonce entendia que este humo estaba poniendo en peligro nuestras vidas y Comence a escribirle al tribunal de este asunto.

En dos ocasiones el Sr cruz y mis. marrero han venido con unos papeles para tratar de quitarles las quejas, pero es sin quitarles las queja y no lo arreglan.

Siempre nos encierran en las Celdas, y alos teniente de turno no les importa, el riesgo ni la Salud de los presos, sin importar cuantas Ocaciones Sucedan.

No importa cuantas veces uno hable con ellos. Se queje, escriba, Se Comunique al tribunal, los asuntos, Simple y Sencillamente a elles no les importa. Y las Cosas no Cambran y el que se perjudica es el Preso.

Por esta razón me uno a la denanda del Sr Negrón con el Fin de que Salga algo bueno de todo esto. Y los abusos y negligencias Se acaben, al Final todos Somos Seres humanos.

Todo lo escrito aquí se puede tomar por verdad, de esta honorable Corte necesitar detalles adicronales Puede Contar con los mismos,

Felix Leon R___

V.    Request for Relief.
      *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted.  No escriba argumentos legales ni cite precedentes ni estatutos.*

Si es posible una Compensacion Monetaria Justa, de no ser posible dicha Compensacion, que se releven de sus Cargos el personal Encargado descrito en esta querella, que hayan sido Negligentes en sus puestos, Por el bien de todos los Presos en MDC Guynabo.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this ___5___ day of __*Diciembre*__ of __*2019*__ .
       *(día)*          *(mes)*         *(año)*

_____
Plaintiff's signature
*Firma del demandante*

42:1983                                    -6-